ACCEPTED
06-15-00070-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/10/2015 10:48:53 AM
DEBBIE AUTREY
CLERK

## CAUSE NO. 06-15-00070-CV

| | | |
|---|---|---|
| **HERITAGE SNF D/B/A HERITAGE PLAZA NURSING AND REHABILITATION CENTER** | § § § § | **IN THE COURT OF APPEALS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/10/2015 10:48:53 AM
DEBBIE AUTREY
Clerk

**PLAINTIFF** §

**VS.** § **SIXTH APPELLATE DISTRICT**

§

**GEORGE FISHER, INDIVIDUALLY** §
**AND AS INDEPENDENT EXECUTOR OF** §
**THE ESTATE OF WILMER GIDDENS** §
**DECEASED** §

§

**DEFENDANT** § **STATE OF TEXAS**

## MOTION TO DISMISS APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Plaintiff Heritage SNF, LP d/b/a Heritage Plaza Nursing and Rehabilitation Center ("Plaintiff") and moves to dismiss its appeal of this case and would show the court as follows:

1. On June 25, 2015, the trial court, in case number 06-C1701-CCL, issued a judgment awarding Plaintiff damages, pre- and post-judgment interest, and court costs but denying an award for attorneys' fees.

2. Less than thirty days from the date of judgment, Plaintiff filed a motion to modify the judgment to allow an award for attorneys' fees, thereby extending the trial court's plenary power to modify the judgment. *See* Tex. R. Civ. Pro. 329b (a), (e), (g).

3. On September 23, 2015, the trial court had yet to rule on Plaintiff's motion to modify, and Plaintiff filed its notice of appeal to preserve an appeal. *See* Tex. R. App. Pro. 26.1(a).

4.       On October 5, 2015, the trial court, still having plenary power, issued an Amended Final Judgment, effectively modifying its original judgment to add an award for attorneys' fees.

5.       Accordingly, there no longer being any need to appeal the trial court's original judgment, Plaintiff hereby moves to dismiss its appeal.

Respectfully submitted,

*/s/ David H. Estes*_____
**DAVID H. ESTES**
State Bar No. 24012599
destes@hdbdlaw.com
**NEIL J. STOCKBRIDGE**
State Bar No. 24088474
nstockbridge@hdbdlaw.com
**HARTLINE DACUS BARGER DREYER LLP**
8750 North Central Expressway, Suite 1600
Dallas, Texas 75231
(214) 369-2100
(214) 369-2118 - Facsimile

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record in accordance with the Texas Rules of Civil Procedure on this 10th day of November 2015.

*/s/ David H. Estes*_____
**DAVID H. ESTES**